RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DUANE A. DESHAUTELLE,<br>Appellant | CIVIL ACTION<br>1:12-cv-00036 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL SECURITY,<br>Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Deshautelle's appeal is GRANTED, the final decision of the Commissioner is VACATED, and this case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of January, 2013

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE