RECEIVED
IN ALEXANDRIA, LA.

JUL 17 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| DESHAUTELLE | CIVIL ACTION NO. 12-0036 |
| VERSUS | JUDGE TRIMBLE |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE KIRK |

---

## JUDGMENT

Before the court is the Report and Recommendation of U.S. Magistrate Judge James D. Kirk in the above-captioned case. The court has carefully reviewed the proposed findings of the magistrate judge and, noting the absence of objections thereto, finds them to be correct according to applicable law and jurisprudence. Therefore, it is hereby

**ORDERED** that the Report and Recommendation of the magistrate judge[1] is **ADOPTED** in full and, accordingly, it is further

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's motion for award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d), is **GRANTED** in the amount of $3,510.[2]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 17th day of July, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 20.
[2] R. 17.